PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Corey Edward Bramblett**

**Docket No. 0:00CR00322-001(DWF)**

**Petition on Probation**

COMES NOW **Karen L. Godin,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Corey Edward Bramblett** who was sentenced for Bank Robbery on September 5, 2001, by the Honorable Donovan W. Frank, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold
Participate in drug/alcohol treatment program
Psychological/psychiatric counseling/treatment
Rule 36 counseling, medication, housing
Take prescribed medication
Education programming
Home detention

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

General Condition: The defendant shall refrain from any unlawful use of a controlled substance.

On March 7, 2006, the defendant reported to the office as requested and admitted to the use of marijuana. He subsequently tested positive for the presence of THC

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on March 9, 2006, at 10:30 a.m. to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 14 day of March, 2006, and ordered filed and made a part of the records in the above case.

~~Honorable Donovan W. Frank~~ KYLE
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on March 8, 2006
Place Minneapolis

cc: U.S. Attorney's Office
Federal Defender's Office

SCANNED
MAR 08 2006
U.S. DISTRICT COURT ST. PAUL