**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 00-322(1) (DWF)

Plaintiff,

v. **ORDER APPOINTING COUNSEL**

Corey E. Bramblett,

Defendant.

---

Rachel K. Paulose, United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Scott Tilsen, Acting Chief Federal Public Defender, Federal Public Defender's Office, counsel for Defendant.

---

The Court hereby directs the appointment of the Federal Public Defender's Office as counsel for the above-named Defendant for the limited purpose of representing the Defendant at a supervised release violation hearing scheduled for 10:30 a.m., Thursday, March 9, 2006, in Courtroom 2, 7th Floor, 180 East Fifth Street, St. Paul, Minnesota.

Dated: March 8, 2006

s/Richard H. Kyle
RICHARD H. KYLE
Judge of United States District Court