**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# ZERO TOLERANCE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

COREY E. BRAMBLETT,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 00-322(01)(PAM/AJB)
Date: March 9, 2006
Court Reporter: JEANNE ANDERSON
Tape Number:
Time Commenced: 10:30
Time Concluded: 11:00
Time in Court: Hours & 30 Minutes

## APPEARANCES:

Plaintiff: ANN ANAYA, Assistant U.S. Attorney
Defendant: VIRGINIA VILLA ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☐ Counsel waived. ☐ Appointment of Counsel requested.
☐ Request granted. ☐ Request denied.
☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Zero Tolerance Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☒ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☐ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☐ Defendant sentenced to pay fine of $ as to Count(s) and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☒ Supervised Release continued.
☒ Defendant, as an added condition of supervision, is sentenced to: 48 hours of confinement beginning at 9:00 AM, Monday, March 13, 2006 to 9:00 AM, Wednesday, March 15, 2006.

.

☐ Written order to be issued.

s/Lowell Lindquist
Deputy Clerk